REHEARING MOTION GRANTED

FEBRUARY 7, 1963

Reap. Dec. 10441.—William Pearson Corp., Inc. *v.* United States, Entered at New York, N. Y. (Not published.) Motion by plaintiff.

(Reap. Dec. 10442)

JOHN V. CARR & SON, INC. *v.* UNITED STATES

Entry No. 9858.

(Decided February 11, 1963)

*John C. Ray* for the plaintiff.

*Joseph D. Guilfoyle*, Acting Assistant Attorney General (*Richard H. Welsh* and *Daniel I. Auster*, trial attorneys), for the defendant.